**Opinion filed August 13, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00078-CV

_____

## IN THE INTEREST OF S.K.B., A CHILD

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C48081**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final order in which the trial court terminated the parental rights of the parents of S.K.B. *See* TEX. FAM. CODE ANN. § 161.001 (West Supp. 2019). The father filed a notice of appeal. We affirm.

Appellant's court-appointed counsel has filed a brief in which he professionally and conscientiously examines the record and applicable law and concludes that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

Appellant's counsel provided Appellant with a copy of the brief. Appellant was informed of his right to review the record and file a pro se response to counsel's brief. In compliance with *Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014), counsel provided Appellant with a copy of the complete appellate record. We conclude that Appellant's counsel has satisfied his duties under *Anders*, *Schulman*, and *Kelly*.

Appellant has filed a pro se response to counsel's *Anders* brief. We have reviewed Appellant's response and would note that, to terminate parental rights, it must be shown by clear and convincing evidence that the parent has committed only one of the acts listed in Section 161.001(b)(1)(A)–(U) and that termination is in the best interest of the child. *See* FAM. § 161.001(b). Appellant acknowledges in his pro se response that the trial court's "fourth ground for termination, conduct resulting in [Appellant's] imprisonment" "is true." *See id.* § 161.001(b)(1)(Q).

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record in this cause, and we agree that the appeal is frivolous. We note that counsel has not filed a motion to withdraw in this court, which may have been premature if it had been filed in this court, and that "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d 24, 27–28 (Tex. 2016).

We affirm the trial court's order of termination.

PER CURIAM

August 13, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.